## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ADRIAN BEAU BASS**                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00421-BSM**

**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**
*Commissioner*

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 21] is adopted, and the Commissioner's decision is reversed and remanded to discuss and support the finding that Adrian Bass's subjective complaints of pain were inconsistent with the record, using all relevant medical evidence.

IT IS SO ORDERED this 23rd day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE