### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADRIAN BEAU BASS**                                                          **PLAINTIFF**

**v.**                                **CASE NO. 4:25-CV-00421-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                               **DEFENDANT**

### ORDER

Adrian Bass's unopposed motion for attorneys' fees under the Equal Access to Justice Act (EAJA) [Doc. No. 24] is granted. Accordingly, Bass is awarded attorneys' fees in the amount of $7,601.78 in full and final satisfaction of his claims for fees, expenses, and costs under the EAJA. This fee award will be paid to Bass unless he has an outstanding debt to the United States, in which case the award can be taken by the United States and applied to Bass's outstanding debt. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). If Bass does not owe an outstanding debt to the United States, he can assign this award to his lawyer.

IT IS SO ORDERED this 11th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE